# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

**CASEY C. JOHNSON,**                                                                            **PLAINTIFF**
**ADC #662070**

**V.**                  **CASE NO. 2:19-CV-55-JM-BD**

**EAST ARKANSAS REGIONAL UNIT**                                         **DEFENDANT**

## RECOMMENDED DISPOSITION

### I. Procedure for Filing Objections

This Recommended Disposition (Recommendation) has been sent to Judge James M. Moody Jr. Mr. Johnson may file written objections with the Clerk of Court if he disagrees with the findings or conclusions set out in the Recommendation. Objections should be specific and should include the factual or legal basis for the objection.

To be considered, objections must be filed within 14 days. If Mr. Johnson does not file objections, he risks waiving the right to appeal questions of fact. And, if no objections are filed, Judge Moody can adopt this Recommendation without independently reviewing the record.

### II. Discussion

Casey C. Johnson, an Arkansas Department of Correction (ADC) inmate, filed this federal civil rights lawsuit without the help of a lawyer. (Docket entry #2) Mr. Johnson states that he was injured in a fall after suffering a seizure in April of 2019. He claims that he notified unnamed prison officials of his need for a "bottom tier" assignment prior to his fall down a flight of stairs, but no action was taken to protect him from serious

injury. He also claims that he was not provided adequate medical care for injuries he suffered in the fall.

In his complaint, Mr. Johnson named the East Arkansas Regional Unit (EARU) of the ADC as the only Defendant. The EARU is not subject to suit in a case such as this and, thus, cannot remain as a Defendant. *Brown v. Missouri Dep't of Corrections*, 353 F.3d 1038, 1041 (8th Cir. 2004). Accordingly, the Court notified Mr. Johnson that, if he wanted to proceed with his claims of deliberate indifference to his safety, he would have to file an amended complaint naming the individuals who knew of his need for a bottom-tier placement but failed to act. And, to pursue claims that he received inadequate medical care after the fall, he would have to name those responsible for failing to see that he was properly treated. (#4)

Mr. Johnson was given thirty days to file an amended complaint. The Court specifically cautioned Mr. Johnson that his failure to comply with the Court's order could result in the dismissal of his claims, without prejudice. Local Rule 5.5(c). To date, Mr. Johnson has not filed an amended complaint and the time for doing so has passed.

### III. Conclusion

As written, Mr. Johnson's complaint cannot move forward. The only named Defendants are not subject to suit under 42 U.S.C. § 1983. The Court recommends, therefore, that Mr. Johnson's claims be DISMISSED, without prejudice.

DATED this 16th day of August, 2019.

_____
UNITED STATES MAGISTRATE JUDGE