IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

CASEY C. JOHNSON,                                                        PLAINTIFF
ADC #662070

V.                      CASE NO. 2:19-CV-55-JM-BD

EAST ARKANSAS REGIONAL UNIT                      DEFENDANT

## ORDER

The Court has received a Recommended Disposition (Recommendation) from Magistrate Judge Beth Deere. Mr. Johnson has not filed objections. After careful review of the Recommendation, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Ms. Johnson's claims are DISMISSED, without prejudice, based on his failure to comply with the Court's June 4, 2019 order and his failure to prosecute this lawsuit. The Clerk is instructed to close this case.

IT IS SO ORDERED, this 5th day of September, 2019.

_____
UNITED STATES DISTRICT JUDGE