# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

CASEY C. JOHNSON, **PLAINTIFF**
ADC #662070

V. CASE NO. 2:19-CV-55-JM-BD

EAST ARKANSAS REGIONAL UNIT **DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITHOUT PREJUDICE.

IT IS SO ORDERED, this 5th day of September, 2019.

_____
UNITED STATES DISTRICT JUDGE